IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MICHAEL OUTLAW,<br>            Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>            Defendants. | Civil Action<br>No. 21-1290<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this 11th day of May 2022, upon consideration of the Parties' Joint Motion to Produce Telephone Recordings, which represented that the Pennsylvania Department of Corrections requires a court order for the production of audio recordings, and finding good cause in reliance on the Parties' representations, it is **ORDERED** that the Parties' Motion is **GRANTED** requiring the Pennsylvania Department of Corrections, through the Office of the General Counsel for Corrections, to produce all telephone recordings, if any, of Donald Outlaw, Charles Paladino, Derrick Alston, Eric Lee, Lamar Rodgers, Wesley Harmon, Christopher Holder, Yashon Williams, Anthony Brisbon, Jibrail Jones, Lemuel Barr, and Yusef Brown, in response to the April 26, 2022 subpoena served on it by Defendants City of Philadelphia, Detective Howard Peterman, and Detective Jeffrey Piree.

                                                                     BY THE COURT:

                                                                     /s/ *Chad F. Kenney*
                                                                     _____
                                                                     **CHAD F. KENNEY, J.**