IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MICHAEL OUTLAW | : |
| | : |
| v. | : NO. 21-1290 |
| | : |
| CITY OF PHILADELPHIA, JEFFREY PIREE and HOWARD PETERMAN | : |

**STIPULATION REGARDING DEPOSITION OF DETECTIVE CHARLES BOYLE**

AND NOW, on this 10th day of August 2022, upon consideration of the stipulation of the undersigned counsel on behalf of their respective clients, and, whereas the previous attempts to depose Detective Charles Boyle, a homicide detective assigned to the investigation of the underlying homicide giving rise to this Civil Rights action, scheduled for February 8, 2022, and May 17, 2022, did not go forward for various reasons including the health of Detective Boyle; whereas additional attempts to reschedule Detective Boyle's deposition could not go forward due to his health status; whereas the parties agreed to conduct Detective Boyle's deposition on August 15, 2022; IT IS HEREBY ORDERED AND AGREED that the following stipulation of counsel is ADOPTED AS AN ORDER OF THIS COURT:

Upon the request of counsel for Defendants to reschedule the deposition of Detective Boyle from Monday, August 15, 2022, to Wednesday, August 17, 2022, so that he may attend to a family matter, the parties have agreed to reschedule his deposition accordingly based upon the following agreed-upon terms:

1. If Det. Boyle fails to appear for his deposition on August 17, 2022, Plaintiff may file an appropriate motion to compel by August 18, 2022, in exception to the currently Ordered deadline for all discovery motions to be filed by August 15, 2022. See ECF Doc. 91 at ¶1.

2. If Det. Boyle fails to appear for his deposition on August 17, 2022, Defendants will not oppose any motion to

compel Det. Boyle's deposition filed by August 18, 2022, based on the fact that it has been filed after the currently Ordered deadline for all discovery motions to be filed by August 15, 2022.

3. This stipulation will be submitted to the Court for review and adoption.

08/10/2022    /s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE

| VSCPLAW VAN NAARDEN · SPIZER CHASE · PINTO | |
|---|---|
| *Julia Ronnebaum* | *Katelyn Mays* |
| JOSHUA VAN NAARDEN, ESQUIRE<br>JULIA RONNEBAUM, ESQUIRE<br>Two Commerce Square<br>2001 Market Street, Suite 3700<br>Philadelphia, PA 19103<br>TEL: 215-960-0000<br>FAX: 215-960-0384<br>jronnebaum@vscplaw.com<br>*Attorneys for Plaintiff* | KATELYN MAYS, ESQUIRE<br>DANIELLE ROSENTHAL, ESQUIRE<br>City of Philadelphia Law Dept.<br>1515 Arch Street, 14th Floor<br>Philadelphia, PA 19102<br>*Attorneys for Defendants* |

Dated: August 10, 2022