IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MICHAEL OUTLAW,<br>    Plaintiff,<br><br>  v.<br><br>CITY OF PHILADELPHIA, et al.,<br>    Defendants. | Civil Action<br>No. 21-1290 |

## ORDER

AND NOW, this **18th** day of **August, 2022**, upon consideration of Defendants' Emergency Motion to Modify the Court's Order Granting Defendants' Motion to Depose Charles Paladino, it is hereby **ORDERED** that the Court's Order dated August 3, 2022 (ECF No. 117) is modified to permit counsel for Defendants the City of Philadelphia, Howard Peterman, and Jeffrey Piree, to depose Charles Paladino, an incarcerated person, at a date on or before August 29, 2022 in a manner convenient to the parties and to the administration at the York County Prison, including by means of a video conference.

BY THE COURT:

/s/ *Chad F. Kenney*

_____
**CHAD F. KENNEY, J.**