IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD MICHAEL OUTLAW,** *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | NO. 21-1290 |
| **CITY OF PHILADELPHIA, JEFFREY PIREE and HOWARD PETERMAN, in their individual capacities,** *Defendants*. | : : : : : : | |

## ORDER

**AND NOW,** this **26th day** of **August, 2022**, upon review of Defendants' Motion for Leave to File Additional Exhibit S to Defendants' Reply Brief in Further Support of Their Motions for Sanctions Against Donald Michael Outlaw, it is **hereby ORDERED** that the Defendants' Motion (ECF No. 133) is **GRANTED**.

The Clerk of Court is directed to add ECF No. 133 Exhibit A to ECF No. 130 as "Exhibit S" (ECF No. 130-20).

BY THE COURT

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**