# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD MICHAEL OUTLAW,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-1290 |
| **CITY OF PHILADELPHIA,** | : | |
| **JEFFREY PIREE and HOWARD** | : | |
| **PETERMAN, in their individual** | : | |
| **capacities,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this **26th** day of **August, 2022**, upon consideration of Defendants' Motion for Sanctions (ECF No. 123), Plaintiff's Response in Opposition (ECF No. 128), and Defendants' Reply (ECF No. 131), it is **hereby ORDERED** that Defendants' Motion for Sanctions (ECF No. 123) is **DENIED**.

BY THE COURT

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**