IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD MICHAEL OUTLAW,** : | |
| **Plaintiff,** : | |
| : | **Civil Action** |
| v. : | **No. 21-1290** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| **Defendants.** : | |
| : | |

**AND NOW**, on this **22nd** day of September 2022, upon consideration of the stipulation of the undersigned counsel on behalf of their respective clients, and, whereas, Defendants seek to conduct an independent medical examination of Plaintiff under Rule 35 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED AND AGREED**, that the following stipulation of counsel is **ADOPTED AS AN ORDER OF THIS COURT**:

 Plaintiff, Donald Michael Outlaw, and Defendants, the City of Philadelphia, Howard Peterman, and Jeffrey Piree, agree and stipulate that Plaintiff shall submit to a psychiatric examination with the following manner, conditions, and scope pursuant to Rule 35 of the Federal Rules of Civil Procedure. The scope of the examination is described in paragraphs 4-5, below.

 Plaintiff has agreed to submit to a medical examination conducted by Defendants' expert for purposes of Defendants' ability to prepare a rebuttal report, only. Plaintiff reserves the right to take appropriate action to preclude or otherwise address any opinions of Dr. Joy outside the scope of rebutting the opinions and findings of Dr. Rushing.

**Provider Conducting the Examination**

 1. The examination will be performed by Dr. Michelle Joy, M.D. Attached to this stipulation as Exhibit A is a copy of Dr. Michelle Joy's Curriculum Vitae, which she provided, setting forth her qualifications and background.

**Time, Date, and Location of Examination**

2. The time, date, and location of the in-person psychiatric examination will be Friday, September 23, 2022 at 3:45 p.m., at the offices of Dr. Michelle Joy at 1700 Market Street, Suite 1005, Philadelphia, PA 19103.

3. The IME shall be limited to no more than four (4) hours of face-to-face time, exclusive of time for breaks, provided that Plaintiff reasonably cooperates and does not interfere with, or unreasonably delay any part of the examination. Plaintiff shall be permitted to take reasonable breaks during the examination, including, but not to limited to bathroom breaks.

**Scope of Examination**

4. The scope of the examination will be limited to the subject matter of the report of Dr. Susan Rushing, disclosed by Plaintiff, including the effect Mr. Outlaw's interrogation, arrest, conviction, and incarceration has had on his life.

5. The examination will consist of up to two parts.[1] The first part will consist of a standard in person psychiatric interview. The second part of the examination, if conducted, may include administering one or more standard written psychological and/or psychiatric testing and screening cognitive assessments of the type laid out in Dr. Rushing's expert report.

**Expert Discovery**

6. This expert shall produce a report on the rebuttal report deadline of September 27, 2022, unless deadlines are otherwise moved by the Court, and shall sit for deposition prior to the close of expert discovery on October 11, 2022, unless extended by the Court.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, J.**

---

[1] Dr. Joy will also review records produced in discovery pertinent to Plaintiff's mental health and alleged emotional injuries.

| | |
|---|---|
| */s/ Joshua Van Naarden* | */s/ Danielle Rosenthal* |
| */s/ Julia Ronnebaum* | */s/ Katelyn Mays* |
| JOSHUA VAN NAARDEN, ESQUIRE | DANIELLE ROSENTHAL, ESQUIRE |
| JULIA RONNEBAUM, ESQUIRE | KATELYN MAYS, ESQUIRE |
| Two Commerce Square | City of Philadelphia Law Dept. |
| 2001 Market Street, Suite 3700 | 1515 Arch Street, 14th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

# **<u>EXHIBIT A</u>**

# Curriculum Vitae

Date:  September 1, 2022

## MICHELLE JOY

Office Address: 1700 Market Street
Suite 1005
Philadelphia, PA 19103

Email Address: Michelle.t.joy@gmail.com

Education and Training:

| | |
|---|---|
| 7/2016-6/2017 | Fellow in Forensic Psychiatry, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 6/2012 – 6/2016 | Resident in Psychiatry, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 9/2008 – 5/2012 | MD, Yale School of Medicine, New Haven, CT |
| 9/2003 – 6/2007 | ScB, Cognitive neuroscience, *Magna Cum Laude,* Brown University, Providence, RI |

Active Licensing:

Board Certified, American Board of Forensic Psychiatry
Board Certified, American Board of Psychiatry and Neurology
Pennsylvania Medical License
DEA with X number for Suboxone prescriptions
Basic Life Support Provider

Research, Teaching, and Clinical Appointments:

| | |
|---|---|
| 1/2021-Present | Ethics Consultant - Corporal Michael J. Crescenz VAMC |
| 11/2020-Present | Staff Physician, Transgender Patient Aligned Care Team, Department of Psychiatry, Corporal Michael J. Crescenz VAMC |
| 1/2020-Present | Clinical Assistant Professor of Psychiatry, University of Pennsylvania |
| 7/2019-Present | Section Chief, Behavioral Health Emergency Services, Corporal Michael J. Crescenz VAMC |
| 7/2017-2021 | Forensic Evaluator - Court Mental Health Clinic, First Judicial District of Pennsylvania |
| 7/2017-Present | Staff Physician, Serious Mental Illness Outpatient Clinic and Behavioral Health Emergency Room, Department of Psychiatry, Corporal Michael J. Crescenz VAMC |
| 10/2017-6/2019 | Jail Based Competency Psychiatric Evaluator, MHM Services, Inc. |
| 8/2017-2019 | Supervising Physician, Department of Psychiatry, Pennsylvania Hospital Inpatient and Emergency Services |
| 2014-2019 | Admissions Physician, Department of Psychiatry, Fairmount Behavioral Health System |
| 2/2018-11/2018 | Independent Consultant for State of Pennsylvania Competency Settlement in the matter of Norristown and Torrance State Hospitals |

| | |
|---|---|
| 2016-2017 | Behavioral Health Emergency Room Moonlighting Physician, Department of Psychiatry, Philadelphia Veteran Affairs Hospital |
| 2015-2016 | Chief Resident of Pennsylvania Hospital, Veteran Affairs Hospital, Children's Hospital of Philadelphia, and Hospital of the University of Pennsylvania: Inpatient, Consult, and Emergency Psychiatry Services |
| 2014-2016 | Resident Liaison to the Board of the American Association of Community Psychiatry |
| 2014-2016 | American Association of Community Psychiatry Board Framework and Policies Task Group |
| 2014-2016 | American Psychiatric Association Public Psychiatry Fellow |
| 2014-2016 | Penn Public Psychiatry Interest Group leader |
| 2013-2016 | Hospital of the University of Pennsylvania Psychiatry Residency Clinical Research Scholars Program |
| 2011-2012 | Research Assistant: Yale University Department of Internal Medicine |
| 2009-2012 | Research Assistant: Yale University Department of Psychiatry |
| 7/2009 | Betty Ford Drug and Alcohol Treatment Center Summer Intern |
| 2008-2009 | Donald J. Cohen Yale Medical Student Child Psychiatry Fellowship |
| 2005-2006 | Research Assistant: Yale University School of Public Health's Division of Epidemiology of Microbial Diseases |
| 2005, 2006 | National Institute of Health Summer Intern in Biomedical Research at the Institute of Neurological Disorders and Stroke |
| 2004-2005 | Research Assistant: Brown University Center for Alcohol and Addiction Studies |

Memberships in Professional Societies:
American Psychiatric Association (2008-present)
Association for the Advancement of Philosophy and Psychiatry (2012-2020)
American Association of Community Psychiatrists (2013-present)
American Academy of Psychiatry and the Law (2016-present)
American Orthopsychiatry Association (2016-2018)
Group for the Advancement of Psychiatry – Systems Innovation and Transformation Committee (2017-Present)

Bibliography:
Original papers:
Weiss, Ken, and Michelle Joy. "Chapter 5: And So It Goes…." An Illustrated History of the Insanity Defense, *Journal of the American Academy of Psychiatry and the Law* June 2022, 50 (2) 325-332.
Weiss, Ken, and Michelle Joy. "Chapter 4: M'Naughten Rules, But Not Without A Fight." An Illustrated History of the Insanity Defense, *Journal of the American Academy of Psychiatry and the Law* June 2021, 49 (2) 285-293.
Weiss, KJ, Joy M. "Sex in Geriatric Care Facilities: Sexual Violence or Self Determination?" (2020). *JSM Sexual Medicine*. 4(1): 1024.
Weiss, Ken, and Michelle Joy. "Chapter 3: Another Insanity Plea, The Crown Objects." An Illustrated History of the Insanity Defense, *Journal of the American Academy of Psychiatry and the Law* 47.1 (2019): 132-139.
Weiss, Ken, and Michelle Joy. "Chapter 2: All Tests of Insanity are Wrong." An

Illustrated History of the Insanity Defense, *Journal of the American Academy of Psychiatry and the Law* 47.1 (2019): 132-139.

Weiss, Ken, and Michelle Joy. "Chapter 1: My Death to Save the World." An Illustrated History of the Insanity Defense: *Journal of the American Academy of Psychiatry and the Law*. 46.4 (2018): 564-571.

Joy MT, Weiss K. Consent for Intimacy Among Persons with Neurocognitive Impairment (2018). *Journal of the American Academy of Psychiatry and the Law*. 46.3: 286-294.

Joy, MT, Kohler, C. G., & Griffith, T. H. (2017). Views and strategies of African-American caregivers of persons with schizophrenia on medication treatment and other supports. *Qualitative Social Work*.

Joy MT, Steinberg A. Necessary Services Must Be Proven Futile Prior to Parental Rights Termination (2017). *Journal of the American Academy of Psychiatry and the Law*, 45(2): 263-265.

Joy MT, Virdi S, Mufti M, Watson C. (2016). "A Guide to Involuntary Commitment in Delaware." *Delaware Journal of Public Health*. 2:5, 36-37.

Joy M, Clement T, Sisti D. The Ethics of Behavioral Health Information Technology: Frequent Flyer Icons and Implicit Bias. *JAMA*. 316.15 (2016): 1539-1540.

Barry DT, Savant JD, Beitel M, Cutter CJ, Schottenfeld RS, Kerns RD, Moore BA, Oberleitner L, Joy MT, Keneally N, Liong C, Carroll KM (2013). The feasibility and acceptability of groups for pain management in methadone maintenance treatment. *J Addict Med*, 8(5): 338-344.

Savant JD, Barry DT, Cutter CJ, Joy MT, Dinh A, Schottenfeld RS, Fiellin DA (2013). Prevalence of mood and substance use disorders among patients seeking primary care office-based buprenorphine/naloxone treatment. Drug and Alcohol Dependence, 127:243–247.

Gasior M, French A, Joy M, Tang R, Hartman L, Rogawski M (2007). The anticonvulsant activity of acetone, the major ketone body in the ketogenic diet, is not dependent on its metabolites acetol, 1,2-propanediol, methylglyoxal or pyruvic acid. *Epilepsia*, 48:793-800.

M.D. Thesis:
"All I Think About is Being High..." – A Phenomenological Analysis of the Experience of Heroin Addiction, May 2012.

Posters:
Savant JD, Joy MT, Beitel M, Cutter CJ, Barry, DT. "Therapeutic Music Interventions in the Treatment of Co-occurring Pain and Opioid Addiction: Theoretical Considerations." Poster for the New York Academy of Science - Music, Science and Medicine: Frontiers in Biomedical Research & Clinical Applications conference, 2011.

Gasior M, French A, Joy M, Hartman L, Rogawski M. "Acetone Metabolites do not Contribute to Acetone's Anticonvulsant Efficacy." Poster for American Society for Pharmacology and Experimental Therapeutics, 2006.

Joy M, Gasior M, Rogawski M. "The Role of Ketone Bodies and Metabolites in the Anticonvulsant Efficacy of the Ketogenic Diet." Poster for the National Institutes of Health's Summer Poster Day, 2005.

Books:
> *The Schmuck in My Office: How to Deal Effectively with Difficult People at Work* by Jody Foster with Michelle Joy. St. Martin Press, April 2017. Also published in Taiwan, China, and Russia.

Book Chapters:
> Joy, Michelle, Lipshie-Williams, Madeleine, Bi, Stephanie. "Affirming Gender Identity in the Setting of Serious Mental Illness." *Gender-Affirming Psychiatric Care for Transgender and Gender Diverse People.* American Psychiatric Pub, (in preparation).
>
> Joy, Michelle, Lipshie-Williams, Madeleine. "Affirming Gender Identity in the Setting of Incarceration." *Gender-Affirming Psychiatric Care for Transgender and Gender Diverse People.* American Psychiatric Pub, (in preparation).
>
> Joy, Michelle, Osher, Fred. "Collaborative Reduction of Criminal Justice Involvement for Persons with Mental Illness." *American Association for Community Psychiatry Textbook of Community Psychiatry, as of the Second Edition.* Springer Nature, (in press).
>
> Joy, Michelle. "Behavioral Health and Criminal Justice." *Seeking Value: Cost and Quality in Psychiatric Care.* American Psychiatric Pub, 2020.
>
> Joy, Michelle. "Moral Distress: A Psychiatrist Perspective." Davis A.J. et al. (2018) Healthcare Professional Narratives on Moral Distress: Disciplinary Perspectives. In: Ulrich C., Grady C. (eds) *Moral Distress in the Health Professions*. Springer, Cham.

Position Statements:
> Fischer, CE, Appelbaum, P, et al. "Position Statement on Research with Involuntary Psychiatric Patients." Council on Psychiatry and Law for the American Psychiatric Association, 2018.

Book Editor:
> *Biomental Child Development: A Parenting Guide for Professionals and Caregivers* by Dr. Frank Ninivaggi. Rowman and Littlefield Publishers, 2012.
>
> *Just Another Lump in the Road…reflections of young breast cancer survivors.* iUniverse Inc., 2007.
>
> *Raw Hummingbird*, Jasper Faolan. First Chakra Publishing, 2009.

Educational Materials
> "Criminalization of People with Mental Illness." PGY2 Psychiatry Residency Acute Care Topics, American Association of Community Psychiatry National Model Curriculum Project.

Book and Media Reviews:
> Joy, MT, Weiss KW. "I'm a Slave 4 U: #FreeBritney, Human Rights, and Capacity Assessments." *Journal of the American Academy of Psychiatry and the Law*, June 2022, 50 (2) 319-322.
>
> Joy, Michelle T. Weiss KW. "Woke with a Kiss: The Media Controversy over Disneyland's Snow White's Enchanted Wish Ride." *Journal of the American Academy of Psychiatry and the Law,* December 2021.
>
> Joy, Michelle. "Review of *We've Been Too Patient: Voices from Radical Mental Health*." *Metapsychology Online Reviews*, May 2021

Joy, Michelle. "Review of *Drop the Disorder!*" *Metapsychology Online Reviews*, December 2019.

Joy MT, Weiss KW. "The Night Of." *Journal of the American Academy of Psychiatry and the Law*, March 2017.

Review of "Sexualities: Contemporary Psychoanalytic Perspectives edited by Alessandra Lemma and Paul E. Lynch." Book Review in *Journal of Nervous and Mental Disease*, 204(5): 404-405.

"The Year of What Now by Brian Russell." Book review in *Yale Journal of Humanities in Medicine*, November 6, 2013.

Humanities in Medicine original works:

"Penn Medicine Professionalism C." Co-author with Cecilia, Livesey, MD. Approved by Dean Jameson of the Perelman School of Medicine, August 2015.

"Space of Silence." Creative nonfiction in *Kaleidoscope Magazine*, 65, Summer/Fall 2012, p. 40-41.

"Ripping Point." Poem in *Hektoen International,* 4(1), April 16, 2012.

"Sirens of the Abortion Clinic." Prose in *The Examined Life: a Literary Journal of the University of Iowa Carver College of Medicine,* Fall 2011: 1(2), p. 73-75.

"Emollient Empathy." Prose in *Connecticut Medicine*, August 2011.

"Little Alice, Full of Space." Poem in *Yale Journal of Humanities in Medicine*, March 26, 2011.

"Ghosts in the Halls: a commentary on age, education, and the art of medicine." Prose in *Yale Journal of Humanities in Medicine*, July 30, 2010.

Academic Committees and Working Groups:

| | |
|---|---|
| 2022 | Disruptive Behavior Committee, Co-Chair, Corporal Michael J. Crescenz VAMC |
| 2018-2022 | Disruptive Behavior Committee, Ad-hoc Member, Corporal Michael J. Crescenz VAMC |
| 2018-2020 | American Association of Community Psychiatry Curriculum Subcommittee |
| 2017-2021 | Penn Psychiatry Residency Committee on Certificate Programs |
| 2015-2020 | Penn Psychiatry Residency Recruitment Committee |
| 2017-2019 | American Academy of Psychiatry and the Law Ethics Committee |
| 2016-2017 | Global Alliance for Behavioral Health and Social Justice Incarceration Task Force |
| 2016-2017 | Ethics in Correctional Psychiatry Work Group of The Scattergood Program for Applied Ethics of Behavioral Health Care |
| 2015-2016 | Resident Representative to Professionalism Program at Penn Medicine |
| 9/2014 – 2016 | American Psychiatric Association member of Council of Psychiatry and the Law |
| 9/2013 – Present | Philadelphia Philosophy of Psychiatry Working Group |
| 10/2013 –2015 | Co-founder of Penn Psychiatry Residency Quality Improvement Committee |
| 9/2012 – 2015 | Hospital of the University of Pennsylvania Ethics Committee |
| 2012 | Yale Queering the Law Reading Group |
| 2010-2012 | Contemplative Medicine Working Group |

|  |  |
|---|---|
| 2009-2012 | Yale Psychiatry and Philosophy Working Group |
| 2009-2012 | Yale Theory of Medicine Working Group |
| 2010-2011 | Yale Literary Theory, Cognition, and the Brain Working Group |
| 2009-2012 | John Strauss Mental Health Practitioner Writing Group |
| 2009-2012 | Co-founder of Yale Bioethics Student Initiative |

Editorial and Content Work:

|  |  |
|---|---|
| 2018-2019 | Reviewer, *British Journal of Guidance and Counselling* |
| 2018 | Reviewer, *British Journal of Psychiatry* |
| 2017 | Columnist, *Psychology Today* |
| 10/2010 – 2014 | Managing Editor in Chief, *Yale Journal of Humanities in Medicine* |
| 9/2010-12/2010 | Editor, *Yale Journal of Health Policy, Law, and Ethics* |

Lectures and Course Titles:

|  |  |
|---|---|
| 5/2022 | "VA Crisis Services" – Caregiver Support Program Summit, Suicide Prevention: Care for Caregivers and Veterans |
| 4/2022 | "Psychedelics and Altered States 2: Psychedelics and Consent" – Science of Consciousness Conference, Tucson, Arizona |
| 3/2022 | "Criminal Justice Involvement and Mental Illness" – Philadelphia Social Work Interns, Corporal Michael J. Cresencz VA Medical Center |
| 3/2022 | "Safe Firearm Storage" – Bucks County Hospital Network |
| 1/2022 | Course Director for Forensic Psychiatry course – Penn Psychiatry Residency |
| 12/2021 | "Sleeping for Performance" – Relevé Sports Medicine, Florida |
| 10/2021 | "Psychedelic Efficacy, Legality, and Ethics" – Practical Applications in Forensic Psychiatry, University of Pennsylvania |
| 7/2021 | "Sexuality Panel" - Marriage and Family Therapy Master's Program, La Salle University |
| 7 and 11/2021 | "Psychedelic Ethics" – Introduction to Psychedelic Therapies: Course for Clinicians and Facilitators, Philadelphia |
| 7/2021 | "Violence and the Legal System" – Recovery Services, Michael J. Crescenz VA Medical Center |
| 6/2021 | "Substance Use Disorders and Harm Reduction" – University of Pennsylvania Addiction Medicine Interest Group |
| 4/2021 | "Risk of Violence: Associations with mental unwellness" – Mental Health Intensive Case Management Program, Michael J. Crescenz VA Medical Center |
| 4/2021 | "Mental Health, Pregnancy, and Incarceration" – University of Pennsylvania OBGYN Residency Program |
| 3/2021 | "A Public Mental Health Approach to Crime" - Practical Applications in Forensic Psychiatry, University of Pennsylvania |

| | |
|---|---|
| 3/2021 | "A Public Mental Health Approach to Crime" – Grand Rounds, Einstein Health Network |
| 1/2021 | "Social, Economic and Political Ramifications of Incarceration" – Center for Public Service Psychiatry, University of Pittsburgh |
| 7/2020 | "Mindful Performance" - Relevé Sports Medicine, Florida |
| 2/2020 | "Women in Forensics: Forensic Psychiatry" – Beyond Crime Scenes and Autopsies Series for Association of Women in Forensic Science, Inc. |
| 2019 | "PTSD and Psychedelics: Creating an Ethical Framework for Inclusivity" - Sleeping Octopus Assembly on Psychedelics |
| 2019 | "MDMA for PTSD Panel" - Sleeping Octopus Assembly on Psychedelics |
| 2019 | "Diagnostic Criteria for PTSD: Implications for Social Justice" – MAPS-Penn Ethics Retreat |
| 2018-Present | Course Director/Lecturer for Social/Community Psychiatry course – Penn Psychiatry Residency |
| 2018-Present | Guest lecturer for Gender and Sexuality course – Penn Psychiatry Residency |
| 4/2018 | "Decision Making: Models, Contexts, Cases, and Cultures" – American Psychiatric Association, Annual Meeting |
| 4/2017 | "The Schmuck in My Office" – Barnes and Noble, Philadelphia |
| 4/2017 | "Docs and Glocks: Guns in Florida and the United States"- Practical Applications in Forensic Psychiatry, University of Pennsylvania |
| 1/2017 | "Common Sense as Innovation: Mental Health and the Correctional System" – TEDMED@Drexel on "Innovation" |
| 12/2016 | "False Narratives, False Pregnancies: Pseudocyesis and Crime" – Penn Fellowship Programs Fellowship Interdisciplinary Conference |
| 11/2016 | "Can a Correctional Facility be a Therapeutic Space" – panel at Recovering Inside? Ethical Challenges in Correctional Mental Health Care by the Scattergood Program for Applied Ethics in Behavioral Health Care |
| 10/2016 | "The Sexual Advance Directive: Reality or Thought Experiment?" - Practical Applications in Forensic Psychiatry, University of Pennsylvania |
| 5/2016 | "Reporting Child Pornography Use: Psychiatrists as Police: in "Sexuality and Psychiatry: Ethical & Policy Dilemmas" – American Psychiatric Association, Annual Meeting |
| 2015-2019 | "Philosophy of Mental Illness" – Guest Lecturer, St. Joe's University |
| 9/2015 | "Educational Journeys: Resident, Attending and Consumer Perspectives on Learning and Teaching About Recovery" – American Psychiatric Association, Institute on Psychiatric Services |
| 9/2014 | "Professionalism" – University of Pennsylvania School of Medicine Academy of Master Clinicians |
| 3/2012 | "Clinicians as people writing about patients as people" –Yale University Department of Psychiatry Grand Rounds |
| 4/2010 | "Clinicians as people writing about patients as people" –Yale University Department of Psychiatry Grand Rounds |

|  |  |  |
|---|---|---|
|  | 9/2005, 4/2005 | "Addressing Writing Anxiety" – Brown Writing Fellow Retreat Training |

Yearly Lectures

"Malingering"
"Legal Regulation of Medical Practice and Impaired Physicians"
"Patient Communication: Motivational Interviewing"
"Women and Incarceration"
"Psychedelic Science and Medicine"
"Social Determinants of Health: A Call to Social Justice Advocacy"
"Alternatives to Psychiatry: Interpretations and Why We Should Care"
"Harm Reduction: A Focus on Positive Change"
"Women and Incarceration"
"Sexual Behavior: Wellness to Paraphilic Disorder"
"Sequential Intercept Model: Advancing Community-Based Solutions for Justice-Involved People with Mental and Substance Use Disorders"
"Structural Competency"
"Basics of Recovery"

Other Media (Authored):

| | | |
|---|---|---|
| | 10/2017 | Joy, M. and Foster, J. "3 Steps to Managing Difficult Workplace Relationships: Empathy Can Be the Key." International Community/City Management Association. |
| | 9/22/16 | Joy, M. and Sisti, D. "Down With the Frequent-Flyer Icon: How health technology can reinforce biases against the mentally ill." *Slate* online magazine, Future Tense. |
| | 3/2016 | "Confab #2: Is it ever ethical to withhold from your patient their mental health diagnosis?" – opinion on http://www.scattergoodethics.org/scattergoodethics-confab-2-0 |

Other Media (Featured):

| | | |
|---|---|---|
| | 3/2022 | "Psychedelic-Assisted Psychotherapies" – *The Reflective Doc* podcast with Jennifer Reid, MD |
| | 9/2021 | "Interview with Author Michelle Joy" – *Doctors without Margins* podcast |
| | 2018 | "The Schmuck in My Office: How to Deal with Difficult People at Work." *Yale Medicine Magazine*. |
| | 11/2017 | Calucchia, C. "8 Types of Bullies at Work, Plus How to Deal with Them: An Expert Explains." On Stylemagazine.com |
| | 10/2017 | Lutz, J "7 Things I Learned from a Psychiatrist with an MBA About Difficult Coworkers." On Forbes.com. |
| | 9/2017 | Toney, LO. "Jody Foster, MD with Michelle Joy, MD, The Schmuck in my Office-How to Deal Effectively with Difficult People at Work." *Journal of Pastoral Care and Counseling*. (2017): 200-202. |
| | 7/2017 | Gale, C. "3 Ways to Handle Difficult Employees" for PCMA Education Foundation at pcma.org. |

| | | |
|---|---|---|
| | 4/2017 | Von Bergen, Jane M. "Help! There's a Schmuck Amok at Work." *The Inquirer* on Philly.com |
| | 4/4/2017 | Interview on "The LEADx Show with Kevin Kruse," reprinted on Forbes.com, LEADx.org, Huffington Post, and Good Men Project. |
| | 4/2017 | Schlichenmeyer, T. "The Schmuck in My Office." Reprinted in *Houston Style Magazine* and *HerLife Magazine*. |
| | 3/2017 | Joy, M and Foster, J. in *HRM* magazine. |
| | 3/2017 | Joy, M and Foster, J. "Have You Seen These People?" Thoughts: New Ideas on Business and Creativity in *Business Life* magazine. |
| | 5/2016 | Bond, Courtenay Harris. "Stopping the Revolving Prison Door for the Mentally Ill" in *The Inquirer* on Philly.com. |
| | 12/2015 | "An Intergenerational Look at Mental Health" – Voices in the Family with Dr. Dan Gottlieb, WHYY National Public Radio |

Additional Teaching and Supervision:

| | | |
|---|---|---|
| | 2022 | Site Director, Forensic Psychiatry Fellowship, University of Pennsylvania and Corporal Michael J. Crescenz VAMC |
| | 2021-Present | Lecturer, Drexel University Physician Assistant Program |
| | 2020-Present | Supervising Physician, PGY3 Outpatient Serious Mental Illness and Transgender Patient Clinics, University of Pennsylvania Psychiatry Residency |
| | 2020-2021 | Supervising Physician, VA Psychiatry Experience, University of Pennsylvania OGBYN Residency Program |
| | 2020-Present | Site Director and Direct Supervisor, Psychiatry Rotation, Drexel University Physician Assistant Program |
| | 2018-Present | University of Pennsylvania Psychiatry Residency Community Psychiatry Track Faculty Champion |
| | 2017-Present | Director of University of Pennsylvania Psychiatric Residency Forensic Rotation |
| | 2017-2020 | Faculty Lead, Penn Psychiatry Clerkship for Underrepresented Minority Students |
| | 2016-2017 | Public Psychiatry Interest Group, Supervisor, Department of Psychiatry, University of Pennsylvania |
| | 2016-Present | University of Pennsylvania Psychiatry PGY1 Resident Supervisor |
| | 2015-2017 | Brain and Behavior course to first year medical students at the University of Pennsylvania School of Medicine |
| | 2014-2015 | Doctor-Patient Relationship course to first year medical students at the University of Pennsylvania School of Medicine |
| | 1/2013 – 12/2014 | Mental health memoir group discussion leader for third year medical students at the University of Pennsylvania School of Medicine |

Awards:

| | | |
|---|---|---|
| | 2022 | Certificate of Recognition, The McClain Foundation for dedication and commitment to outstanding achievements in gun violence interventions, leadership, and research |
| | 2022 | Perelman School of Medicine Joseph DiGiacomo MD Junior Clinical Faculty Teaching Award |

| | |
|---|---|
| 2021 | Drexel University Physician Assistant Program Teaching Excellence for Clinical Rotations Award |
| 2017 | University of Pennsylvania Center for Public Health Initiatives Public Health Impact Prize |
| 2016 | Dr. Henry P. and M. Page Durkee Laughlin Foundation Award honoring professional achievement, dedication, and scholarship |
| 2014 | The Philadelphia Psychiatric Society and the Psychoanalytic Center of Philadelphia Psychodynamic Psychiatry Project: second place winner |
| 2012 | Best of the Net Anthology 2012 nominee (poetry) |
| 2012 | Yale UCL Collaborative Poetry Competition: highly commended |
| 2012 | Stanley M. Kaplan Psychiatry Essay Contest: second place winner |
| 2011 | Connecticut Geezers Book Award: first place, recognizing humanism in medicine |
| 2009 | Chinese State Councilor Madame Liu Yandong's China 50 award winner |

<u>Psychotherapy Proficiency:</u>

    Dialectical Behavioral Therapy (DBT) for Borderline Personality Disorder
    Prolonged Exposure (PE) for PTSD
    Exposure Response Prevention (EXRP) for OCD
    Motivational Interviewing (MI) for Substance Use Disorders and other Behavioral Change
    Recovery-Oriented Cognitive Behavioral Therapy (CBT-R) for Schizophrenia