IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD MICHAEL OUTLAW,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | **NO. 21-1290** |
| **CITY OF PHILADELPHIA,** | : | |
| **JEFFREY PIREE and HOWARD** | : | |
| **PETERMAN, in their individual** | : | |
| **capacities,** | : | |
| *Defendants*. | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW,** this **23rd** day of **September, 2022**, upon consideration of Defendants' Motion for Order Extending Deadlines (ECF No. 144), Plaintiff's Response (147), and Defendants' Reply (ECF No. 149), it is **hereby ORDERED** that Defendants' Motion is **GRANTED** as follows:

1. Rebuttal expert reports shall be due by **October 11, 2022**.

2. Expert discovery shall be completed by **October 25, 2022**.

3. Any motions for summary judgment and *Daubert* motions shall be filed on or before **November 15, 2022** at **12:00 p.m.**[1] Response(s) to any such motion shall be filed within twenty-one (21) days of service of the motion.

**It is further ORDERED** that all additional deadlines, as set forth in this Court's prior Amended Scheduling Order (ECF No. 91), remain in effect. **No further extensions will be**

---

[1] Counsel are directed to review Judge Kenney's Practice and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

granted, and the trial will proceed as scheduled on February 6, 2023 at 9:00 a.m. in Courtroom 11B.

BY THE COURT:

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**