IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD MICHAEL OUTLAW,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-1290 |
| **CITY OF PHILADELPHIA, JEFFREY PIREE and HOWARD PETERMAN, in their individual capacities,** | : : : : | |
| *Defendants*. | : | |

**ORDER**

**AND NOW,** this **26th day** of **September, 2022**, upon review of Defendants' Motion to Preclude Duplicative Expert Testimony on Police Practices (ECF No. 145) and the Defendants' accompanying Motion to File Under Seal (ECF No. 146), it is **hereby ORDERED** that Plaintiff shall file a response to Defendants' Motion to Preclude (ECF No. 145) **by 12:00 p.m. (noon) on or before Thursday,** September 29, 2022.

It is **further ORDERED** that Defendants' Motion to File Under Seal (ECF No. 146) is **GRANTED.**

BY THE COURT

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**