IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MICHAEL OUTLAW, | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | No. 21-1290 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Adam R. Zurbriggen as counsel for Defendants CITY OF PHILADELPHIA, JEFFREY PIREE, and HOWARD PETERMAN the above-entitled matter.


Date: September 30, 2022

/s/ Adam R. Zurbriggen
Adam R. Zurbriggen
Deputy City Solicitor
Pa. Attorney ID No. 331169
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5114 (Phone)
215-683-5397 (Fax)
adam.zurbriggen@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MICHAEL OUTLAW, | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | No. 21-1290 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

/s/ *Adam R. Zurbriggen*
Adam R. Zurbriggen
Deputy City Solicitor
Pa. Attorney ID No. 331169
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5114 (Phone)
215-683-5397 (Fax)
Date: September 30, 2022    adam.zurbriggen@phila.gov