IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MICHAEL OUTLAW,<br>    *Plaintiff,* | : | CIVIL ACTION |
| v. | : | NO. 21-1290 |
| CITY OF PHILADELPHIA,<br>JEFFREY PIREE and HOWARD<br>PETERMAN, in their individual<br>capacities,<br>    *Defendants.* | : | |

## AFFIDAVIT OF MARK A. ARONCHICK

Mark A. Aronchick, being duly sworn according to law, deposes and says as follows:

  1.  I am a member and shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller ("Hangley Aronchick"). My office is in Philadelphia, and Hangley Aronchick also maintains offices in Plymouth Meeting and Harrisburg, Pennsylvania and Cherry Hill, New Jersey. Fuller descriptions of Hangley Aronchick and of my background may be found at http://www.hangley.com/.

  2.  I am providing this affidavit in satisfaction of the requirements of Rule 53(b)(3)(A), Fed. R. Civ. P., in connection with my proposed appointment as Special Master in this Civil Action.

  3.  Upon diligent investigation and inquiry, and considering the standards for disqualification of a judicial officer under 28 U.S.C. § 455, I have not identified any ground for my possible disqualification from service as Special Master.

4. Although I have every confidence that there is no reason why my impartiality might reasonably be questioned, I disclose certain facts for consideration by the parties in this action and their attorneys in their independent consideration of the question (I have already discussed most of these disclosures with counsel for the parties in a conference call on Monday, November 21, 2022):

    a. Hangley Aronchick is special counsel to the City of Philadelphia (all references to the City of Philadelphia include its related governmental entities) in various environmental matters and in questions and disputes pertaining to election law. I do not work on any of the environmental matters, but I do consult on election issues, and I expect to continue doing so in the future. On occasion, Hangley Aronchick, in the past, has been engaged by the City of Philadelphia to handle special litigation (such as the defense several years ago of the so called "Soda Tax"). Such engagements also may arise in the future.

    b. Hangley Aronchick presently represents the District Attorney of Philadelphia, in ongoing impeachment proceedings involving the Pennsylvania General Assembly, and in related litigation captioned: The Philadelphia District Attorney's Office and Larry Krasner, in his official capacity as the District Attorney of Philadelphia v. The Select Committee on Restoring Law and Order; Representative John Lawrence (Chair of the Select Committee), Representative Amen Brown, Representative Wendi Thomas, Representative Torren Ecker, (Members of the Select Committee), in the Commonwealth Court of Pennsylvania, No. 450 M.D. 2022. In addition, Hangley Aronchick represents defendants in the following litigation: Robert Wharton, Appellant v. Superintendent

Graterford SCI, District Attorney of Philadelphia, Paul M. George, Nancy Winkelman, U.S. Court of Appeals for the Third Circuit, No. 22-9001. I have consulted, and expect to continue to consult on these and any future matters. It is possible that other litigation involving the District Attorney may be filed in the future. While I refer the parties to the dockets and pleadings in these cases, some of the issues in each matter involve the work of the Conviction Integrity Unit in the District Attorney's Office.

        c.      Hangley Aronchick represents parties in cases adverse to the City of Philadelphia, generally pursuant to waivers granted by the City of Philadelphia. None of these matters involve the plaintiff in the pending Civil Action. The following are case captions pertaining to matters presently adverse to the City of Philadelphia in which Hangley Aronchick represents the Comcast entities:

1. Jennifer Bobrownicki v. Regina Coeli Home Association a/k/a Knights of Columbus, PECO Energy Company, Comcast Corporation, and City of Philadelphia, CCP, Philadelphia County, June Term 2021, No. 00175

2. Heather Feola and David Feola, as w/h v. City of Philadelphia, Philadelphia Water Department, Philadelphia Department of Streets, Lithuanian National Hall a/k/a Lithuania Hall Apartments a/k/a Lithuanian Hall Associates a/k/a Lithuanian Hall Association a/k/a Lithuanian Hall Condo Associates, Renzi Property Management a/k/a Renzi Property Management, Inc., PECO Energy Company, Verizon Communications, Inc., Comcast Corporation, John Doe - 1, Inc., John Doe -2, Inc., John Doe -3, Inc., and John Doe, 1, CCP, Philadelphia County, June Term 2022, NO. 812

3. Joseph Kearns v. City of Philadelphia, PECO Energy Company, Exelon Corporation, Verizon Pennsylvania, Verizon Pennsylvania Inc., Verizon Communications Inc., Comcast Corporation, Comcast Cable Communications Management LLC, and John Does 1 & 2, CCP, Philadelphia County, May Term 2022, No. 02373

4. Maureen Kilkenny and Kevin Farrell v. PECO Energy Company, Exelon, Corporation, City Of Philadelphia, Philadelphia Gas Works, City of Philadelphia, Trustees Under The Will of James Will, Walnut Towers Associates, LP, Trigen Energy Company, Comcast Corporation, Liberty / Parkway 8th & Walnut, LP, Redevelopment Authority of the City of Philadelphia, Philadelphia Authority for

Industrial Development, Port Authority Transit Corporation, Delaware River Port Authority, Southeastern Pennsylvania Transportation Authority, Constellation Energy Corporation, and Exelon Generation Company, LLC, CCP, Philadelphia County, May Term 2022, No. 01141

In the future, Hangley Aronchick almost certainly will represent parties adverse to the City of Philadelphia, generally pursuant to waivers. If necessary, I may be called upon to consult on such matters.

d. I do not consider any of the aforementioned disclosures as possible grounds of disqualification, and I see no reason why my impartiality might reasonably be questioned. While I have discussed most of these matters in a conference call with parties, who at that time voiced no objection to my serving as Special Master, if any of the parties or their attorneys want any additional information about the aforesaid disclosures, and if the Court so directs, I will provide the same promptly, to the extent that I am able to do so consistent with attorney/client confidences and privileges.

/s/ Mark Aronchick
Mark A. Aronchick

COMMONWEALTH OF PENNSYLVANIA  :
                              : ss.
                              :
COUNTY OF PHILADELPHIA        :

Sworn to and subscribed before me this 29 day of November, 2022.

/s/ Elise Badolato
Notary Public
My Commission expires:

Commonwealth of Pennsylvania - Notary Seal
Elise M. Badolato, Notary Public
Philadelphia County
My commission expires April 21, 2023
Commission number 1198589
Member, Pennsylvania Association of Notaries

- 4 -

**CERTIFICATE OF SERVICE**

I, Mark Aronchick, hereby certify that on this 29th day of November, 2022, I caused a true and correct copy of the Affidavit of Mark A. Aronchick to be served by filing it on the Court's electronic filing system, which will send a notification to all counsel of record.

_____
Mark A. Aronchick