IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD MICHAEL OUTLAW,**<br>            **Plaintiff,**<br><br>         v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br>            **Defendants.** | Civil Action<br>No. 21-1290 |

## JOINT STIPULATION FOR ENTRY OF SETTLMENT ORDER

Pursuant to Local Rule 7.3, Plaintiff Donald Michael Outlaw and Defendants Howard Peterman, Jeffrey Piree, and the City of Philadelphia, by and through their respective counsel, hereby stipulate and agree that, upon approval by the Court, the following Order relating to settlement and dismissal of the above-captioned matter with prejudice be entered in the form attached to this Stipulation.

DATED: January 11, 2023                         Respectfully submitted,

*/s/ Joshua Van Naarden*                         */s/ Danielle Walsh*
*/s/ Julia Ronnebaum*                            */s/ Danielle Rosenthal*
JOSHUA VAN NAARDEN, ESQ.                         */s/ Adam Zurbriggen*
JULIA RONNEBAUM, ESQ.                            */s/ Katelyn Mays*
VSCP Law, Inc.                                   DANIELLE WALSH, ESQ.
Two Commerce Square                              DANIELLE ROSENTHAL, ESQ.
2001 Market Street, Suite 3700                   ADAM ZURBRIGGEN, ESQ.
Philadelphia, PA 19103                           KATELYN MAYS, ESQ.
                                                 City of Philadelphia Law Dept.
*Attorneys for Plaintiff*                        1515 Arch Street, 14th Floor
                                                 Philadelphia, PA 19102

                                                 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD MICHAEL OUTLAW,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **CITY OF PHILADELPHIA, et al.,** : <br> Defendants. : <br> : | **Civil Action** <br> **No. 21-1290** |

### ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Parties' Joint Stipulation for Entry of Settlement Order (ECF No. 189), it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1). It is further **ORDERED** that this Court shall retain jurisdiction only for purposes of enforcement of the settlement agreement entered into between the Parties. The Clerk of Court shall mark this case closed.

BY THE COURT:

_____
**CHAD F. KENNEY, J.**