IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MICHAEL OUTLAW,<br>          Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>          Defendants. | Civil Action<br>No. 21-1290 |

## ORDER

AND NOW, this <u>11th</u> day of <u>January</u>, 2023, upon consideration of the Parties' Joint Stipulation for Entry of Settlement Order (ECF No. 189), it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1). It is further **ORDERED** that this Court shall retain jurisdiction only for purposes of enforcement of the settlement agreement entered into between the Parties. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.